AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
для
Southern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br>Christopher Robbins | ) ) ) ) ) | Case No. 2.12-mJ-285 |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __04/17/2012__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant violated __18__ U. S. C. § __922(g)(1)__, an offense described as follows:

The defendant, a convicted felon, knowingly possessed the following firearms in and affecting interstate commerce: (1) a Taurus Ultra Lite, .38 caliber revolver, (2) a Phoenix Raven, .25 caliber pistol, and (3) a Smith and Wesson, .40 caliber pistol.

Additionally the defendant violated 21 U.S.C. 841(a)(1), Knowingly and intentionally possessed with intent to distribute heroin, a schedule I controlled substance.

This criminal complaint is based on these facts:
See attached affadavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Amy Nye, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/26/2012__

_____
*Judge's signature*

City and state: __Columbus, Ohio__       Elizabeth Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Amy Nye, after being duly sworn, depose and state as follows:

1) I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI) in Columbus, Ohio, and have been so employed since August 2008. I am currently assigned to the Bulk Currency Smuggling Task Force (BCSTF) and am responsible for investigations involving currency and narcotics trafficking/smuggling and distribution for which I have received training through the Federal Law Enforcement Training Center in Glynco, Georgia, as well as additional federal training in Columbus regarding Bulk Currency Smuggling. I was assigned to the Columbus Drug Enforcement Administration (DEA) task force for a period of 14 months at which time I observed and participated in investigations involving narcotics trafficking and distribution. I possess Title 21 cross-designation, and as a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2) The information set forth in this affidavit is based upon my observations and experiences, as well as those of my co-workers and counterparts from participating agencies. This affidavit is provided in support of an application for an arrest warrant for the following individual:

   **Christopher ROBBINS**

3) There is probable cause to believe that on April 17, 2012, Christopher ROBBINS, having been convicted of a felony in Franklin County, on or about March 10, 2010, for the offense of trafficking in drugs, was found to be in possession of three firearms in violation of Title 18, United States Code, Sections 922(g)(1), a convicted felon, knowingly possessed the following firearms in and affecting interstate commerce: (1) a Taurus Ultra Lite, .38 caliber revolver, serial number

1

BT52060, (2) a Phoenix Raven, .25 caliber pistol, serial number 3061664, and (3) a Smith and Wesson, .40 caliber pistol, serial number DSE2787. There is probable cause to believe that on April 17, 2012, Christopher ROBBINS was found to be in possession of approximately 73.8 grams of heroin in violation of Title 21, United States Code, Sections 841(a)(1), knowingly and intentionally possessing with the intent to distribute heroin, a schedule I controlled substance.

### Facts Supporting Probable Cause

4) On April 17, 2012, the Bulk Currency Smuggling Task Force (BCSTF) received information that Christopher ROBBINS was dealing heroin out of his motel room at Motel 6, room 234, located at 1309 West Saint James Lutheran Lane in Columbus, Ohio.

5) BCSTF Agents observed ROBBINS leave his motel room, 234, and enter a red, Ford Explorer bearing Ohio tag: FLN9930. Agents followed ROBBINS until he was traffic stopped on Wilson Road for failure to signal and for not possessing a valid driver's license. ROBBINS was found to be in possession of 6.2 grams of heroin that was located in his underwear.

6) A state search warrant for ROBBINS' motel room 234 was obtained and executed which yielded the following: 67.6 grams of heroin, 3 firearms as described above, and $3,013 in U.S. Currency.

7) On or about March 10, 2010, Christopher ROBBINS was convicted in the Franklin County Court of Common Pleas for the felony of trafficking in drugs.

### CONCLUSION

8) Based on the foregoing, I submit that this affidavit establishes probable cause that Christopher ROBBINS, is in violation of Title 18, United States Code, Sections 922(g)(1), a convicted felon, knowingly possessed a firearm in and affecting interstate commerce and in violation of Title 21, United States Code, Sections

841(a)(1), knowingly and intentionally possessing with the intent to distribute ~~more~~ AN. heroin, a schedule I controlled substance.

*Amy Nye* (signature)

Amy Nye
Special Agent
Homeland Security Investigations

Sworn and subscribed to before me this 26TH day of April 2012.

*Elizabeth Preston-Deavers* (signature)

Elizabeth Preston-Deavers
United States Magistrate Judge
Southern District Of Ohio

3